In the Matter of HAMMOND HOMES, INC., Respondent, v. HUGH G. BERGAN et al., Constituting the Board of Zoning Appeals of the Incorporated Village of East Williston, Appellants.—

974

Rabin, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.